**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

Legal Eagle, LLC                              *
_____
     **Plaintiff,**

                   *

     **v.**                                      **Case No.** 26-1214
                                                    _____
NARA                                            *
_____
     **Defendant.**               *

## DISCLOSURE OF CORPORATE INTEREST

**Check all that apply:**

☑ I certify, as party/counsel in this case that Legal Eagle, LLC
                                                    (name of party)

is not an affiliate or parent of any corporation, and no corporation, unincorporated association, partnership or other business entity, not a party to the case, has a financial interest in the outcome of this litigation as defined in Local Rule 103.3 (D. Md.).

☐ The following corporate affiliations exist with _____:
                                                          (name of party)

_____.
                                    (names of affiliates)

☐ The following corporations, unincorporated associations, partnerships or other business entities which are not parties may have a financial interest in the outcome of this litigation:

_____.
                      (names of entities with possible financial interests)

DisclosureCorpInterest (03/2015)

☐  In a case based on diversity jurisdiction, the following is a list of all members of

_____ and their states of citizenship:
(name of LLC party)

_____        _____
(name of member)                                (state of citizenship)

_____        _____
(name of member)                                (state of citizenship)

_____        _____
(name of member)                                (state of citizenship)

_____        _____
(name of member)                                (state of citizenship)

Note: If there are additional LLC members, please provide their names and states of citizenship on a separate sheet of paper.

3/1/26
_____
Date

/s/ Kel McClanahan
_____
Signature

Kel McClanahan, MD Bar #31832
_____
Printed name and bar number

1451 Rockville Pike, Suite 250, Rockville, MD 20852
_____
Address

Kel@NationalSecurityLaw.org
_____
Email address

501-301-4672
_____
Telephone number

240-681-2189
_____
Fax number

2

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

Legal Eagle, LLC
_____
**Plaintiff,**

v.

NARA
_____
**Defendant.**

\*

\*

\*

\*

\*

Case No. 26-1214 _____

## DISCLOSURE OF CORPORATE INTEREST

**Check all that apply:**

☑ I certify, as party/counsel in this case that National Security Counselors, Inc.
_____
(name of party)

is not an affiliate or parent of any corporation, and no corporation, unincorporated association, partnership or other business entity, not a party to the case, has a financial interest in the outcome of this litigation as defined in Local Rule 103.3 (D. Md.).

☐ The following corporate affiliations exist with _____ :
(name of party)

_____ .
(names of affiliates)

☐ The following corporations, unincorporated associations, partnerships or other business entities which are not parties may have a financial interest in the outcome of this litigation:

_____ .
(names of entities with possible financial interests)

DisclosureCorpInterest (03/2015)

Disclosure of Corporate Interest

☐  In a case based on diversity jurisdiction, the following is a list of all members of

_____ and their states of citizenship:
(name of LLC party)

_____                    _____
(name of member)                                                              (state of citizenship)

_____                    _____
(name of member)                                                              (state of citizenship)

_____                    _____
(name of member)                                                              (state of citizenship)

_____                    _____
(name of member)                                                              (state of citizenship)

Note: If there are additional LLC members, please provide their names and states of citizenship on a separate sheet of paper.

3/1/26
_____
Date

/s/ Kel McClanahan
_____
Signature

Kel McClanahan, MD Bar #31832
_____
Printed name and bar number

1451 Rockville Pike, Suite 250, Rockville, MD 20852
_____
Address

Kel@NationalSecurityLaw.org
_____
Email address

501-301-4672
_____
Telephone number

240-681-2189
_____
Fax number

2