**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Southern Division)**

| | |
|---|---|
| LEGAL EAGLE, LLC, *et al.*,<br><br>   Plaintiffs,<br><br>  v.<br><br>NATIONAL ARCHIVES AND<br>RECORDS ADMINISTRATION,<br><br>   Defendant. | No. 8:26-cv-1214-TDC |

**NOTICE OF APPEARANCE**

Please take notice that Winston Shi, Trial Attorney at the United States Department of Justice, Civil Division, Federal Programs Branch, hereby enters his appearance as counsel for Defendant in the above-captioned matter.

Dated:  April 8, 2026     Respectfully submitted,

            BRETT A. SHUMATE
            Assistant Attorney General
            Civil Division

            ELIZABETH J. SHAPIRO
            Deputy Branch Director
            Federal Programs Branch

            */s/ Winston Shi*
            WINSTON SHI (NY Bar No. 5747068)
            Trial Attorney
            United States Department of Justice
            Civil Division, Federal Programs Branch
            1100 L Street, NW
            Washington, D.C. 20005
            Tel.: 202-880-0387
            E-mail: winston.g.shi@usdoj.gov

            *Counsel for Defendant*